# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0878
Lower Tribunal No. 2023-CC-001236

_____

RICHARD DAVIES and SIGRID MAE DAVIES,

Appellants,

v.

ALBERT SANDHOLM and CHERYL SANDHOLM,

Appellees.

_____

Appeal from the County Court for Collier County.
Michael Brown, Judge.

January 13, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and PRATT, JJ., concur.


Danielle Crowley and Nabil Joseph, of NJ Law PLLC, Naples, for Appellants.

David F. Bussey and Justin T. Bailey, of Goede, DeBoest & Cross, PLLC, Naples, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED